**Order entered March 5, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00982-CV**

**JOHNNY AGUINAGA, ET AL., Appellants**

**V.**

**JAT PROJECTS HOLDINGS TEXAS, LLC, ET AL., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-10069**

## ORDER

Before the Court is appellees' March 1, 2021 unopposed motion for an extension of time to file their brief on the merits. The reporter's record, though requested, has not been filed. Despite this fact, appellants have filed their brief on the merits. By letter dated March 3, 2021, the court reporter informed the Court that appellants have not paid the fee for preparing the reporter's record. Accordingly, we **ORDER** appellants to file, by **March 15, 2021**, either proof of

payment for the reporter's record or written verification that they no longer want the reporter's record.

We **DENY** appellee's extension motion as premature. Should appellants provide proof of payment, the Court will set a deadline for the reporter's record and for appellants to file an amended brief. Should appellants provide written verification that they no longer want the reporter's record, the Court will set a new deadline for appellees' brief.

We **DIRECT** the Clerk of this Court to send a copy of this order to Vielica Dobbins, Official Court Reporter for the 193rd Judicial District Court, and all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE